# Exhibit A

## CONSENT TO JOIN
## PURSUANT TO 29 U.S.C. §216(b)

1.  I, __Jessica Ellis__, hereby consent and agree and opt-in to become a plaintiff collective member in a lawsuit or arbitration brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, *et seq.* against my current/former employer, **Bunge North America East, LLC**, and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives.

2.  I hereby agree to be bound by any adjudication of this action by the Court or arbitrator, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by the Representative Plaintiff and my attorneys. I also understand that settlement may be subject to approval by the Court or an arbitrator, to which I similarly agree to be bound.

DATE: __01/29/2025__   SIGNATURE: __[signature]__

__Jessica ellis__
PRINTED NAME